**In the Matter of Gerard H. DONLEY.**

**No. 2013–229–M.P.**

Supreme Court of Rhode Island.

Aug. 6, 2013.

David Curtin, Esq., Chief Disciplinary Counsel, for Petitioner.

a petition with the clerk of the [S]ixth [D]ivision of the [D]istrict [C]ourt within thirty (30)

Edward C. Roy, Jr., Esq., North Kingstown, for Respondent.

SUTTELL, C.J., GOLDBERG, FLAHERTY, ROBINSON, and INDEGLIA, JJ.

### ORDER

Gerard H. Donley (Donley) is a member of the Rhode Island Bar. On June 13, 2013, he was found guilty after trial by jury of the following felony criminal charges: count 1, obstruction of the judicial system, in violation of G.L. 1956 § 11–32–3; count 2, conspiracy, in violation of G.L. 1956 § 11–1–6; count 3, bribery of witness, in violation of G.L. 1956§ 11–7–11; and count 4, conspiracy, in violation of § 11–1–6. He is scheduled to be sentenced on August 30, 2013.

On July 17, 2013, Donley submitted an affidavit to this Court's Disciplinary Counsel voluntarily requesting that his license to practice law in this state be suspended pending the resolution of any final appeal he may take once the judgment of conviction is entered. Disciplinary Counsel has forwarded Donley's affidavit to this Court.

After review of the affidavit we deem it appropriate to suspend Donley from the practice of law until further order of this Court. Accordingly, Gerard H. Donley is hereby suspended from the practice of law in this state, effective July 24, 2013.